UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., <br> Plaintiffs, <br> v. <br> BUREAU OF LAND MANAGEMENT, et al., <br> Defendants. | Case No. 4:18-cv-00521-KAW <br><br> **ORDER DENYING MOTION TO CONSOLIDATE CASES; SUA SPONTE ORDER RELATING CASES** <br><br> Dkt. No. 4 |

On January 24, 2018, the Sierra Club filed an administrative motion titled Administrative Motion to Consider Whether Cases Should be Related." (Dkt. No. 4.) The motion, however, sought to consolidate, rather than simply relate, the above-entitled case with *Sierra Club v. Zinke,* Case No. 3:18-cv-00524-MEJ. The time for filing an opposition or statement of support has passed.

Consolidation and relation are different. Accordingly, the motion to consolidate is DENIED, but the undersigned, *sua sponte*, finds that the cases are RELATED. Accordingly, the Court orders that *Sierra Club v. Zinke,* Case No. 3:18-cv-00524-MEJ be reassigned to Judge Westmore for further proceedings.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge (KAW) immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case

management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

IT IS SO ORDERED.

Dated: February 20, 2018

KANDIS A. WESTMORE
United States Magistrate Judge