# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, by and through
XAVIER BECERRA, Attorney General,

      Plaintiff,

    v.

UNITED STATES BUREAU OF LAND
MANAGEMENT, JOSEPH BALASH,
Assistant Secretary for Land and Minerals
Management, United States Department of the
Interior, and RYAN ZINKE, Secretary of the
Interior,

      Defendants,

&

INDEPENDENT PETROLEUM
ASSOCIATION OF AMERICA and
WESTERN ENERGY ALLIANCE,

      Intervenor-Defendants.

Case No. 4:18-CV-00521-HSG

[Honorable Haywood S. Gilliam, Jr.]

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION TO REMOVE
FILING IN ERROR—DOCKET
NUMBER 28**

Action Filed: March 14, 2018

     After considering the Unopposed Motion to Remove Filing In Error—Docket Number 28 filed by the Independent Petroleum Association of America and the Western Energy Alliance on March 14, 2018, and finding good cause therefore, the Court grants the motion. Docket Number 28 shall be removed from the Court's docket.

Dated this  __19th__  day of  _____ March _, 2018.


By: _Haywood S. Gill Jr._
     Judge Haywood S. Gilliam, Jr.
     United States District Court Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES