# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; et al.,<br><br>Defendant(s). | Case No: 4:18-cv-00521-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Erik E. Petersen, an active member in good standing of the bar of Wyoming, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Wyoming in the above-entitled action. My local co-counsel in this case is Christian Marsh, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, WY 82002 | Downey Brand LLP<br>455 Market Street, Suite 1500<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(307) 777-6946 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 848-4800 |
| MY EMAIL ADDRESS OF RECORD:<br>erik.petersen@wyo.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cmarsh@downeybrand.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7-5608.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 16, 2018                                          /s/Erik E. Petersen
                                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Erik E. Petersen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/23/2018                                          Haywood S. Gill Jr.
                                                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# EXHIBIT 1

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF WYOMING

I, Patricia Bennett, Clerk of the Supreme Court of the State of Wyoming, hereby certify that, according to the records of my office:

## Erik Edward Petersen

was on the 12th day of October, 2015, duly admitted to practice as an Attorney and Counsellor at Law in all the courts of Wyoming; that the above admittee has never been disbarred or suspended; that no disciplinary proceedings are pending against this admittee; and that this admittee's name now appears on the Roll of Attorneys in this office as a member of the bar in good standing.



Given under my hand and the seal of said Court this 9th day of March, 2018.

Patricia Bennett, Clerk