1  Gary J. Smith (SBN 141393)
   BEVERIDGE & DIAMOND, P.C.
2  456 Montgomery Street, Suite 1800
   San Francisco, CA 94104-1251
3  Telephone: (415) 262-4000
   Facsimile: (415) 262-4040
4  gsmith@bdlaw.com

5  Timothy M. Sullivan, admitted *pro hac vice*
   BEVERIDGE & DIAMOND, P.C.
6  201 North Charles St., Suite 2210
   Baltimore, MD 21201-4150
7  Phone: (410) 230-1300
   tsullivan@bdlaw.com

8
   Peter J. Schaumberg, admitted *pro hac vice*
9  John G. Cossa, admitted *pro hac vice*
   BEVERIDGE & DIAMOND, P.C.
10 1350 I St., N.W., Suite 700
   Washington, DC 20005
11 Phone: (202) 789-6000
   pschaumberg@bdlaw.com
12 jcossa@bdlaw.com
   *Attorneys for Proposed Intervenor*
13 *American Petroleum Institute*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, | Civil Case No. 4:18-cv-0521-HSG |
| Plaintiff, | |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants. | Civil Case No. 4:18-cv-0524-HSG |
| | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| SIERRA CLUB, *et al.*, | |
| Plaintiffs, | |
| vs. | Date: May 1, 2018 |
| RYAN ZINKE, *et al.*, | Time: 2:00 pm |
| | Courtroom: 2, 4th Floor |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having reviewed the Request to Appear Telephonically at the Case Management Conference by Counsel for Proposed Intervenor the American Petroleum Institute ("API"), finds good cause exists to enter an order approving the request to appear telephonically at the Case Management Conference, which is set for May 1, 2018, at 2:00 p.m. in the courtroom of the Hon. Haywood S. Gilliam, Jr., located at the Ronald V. Dellums Federal Building and United States Courthouse, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated this 27th day of April, 2018.

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

1
ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
Case Nos. 4:18-cv-0521-HSG and 4:18-cv-0524-HSG