# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al. <br><br> Defendants. <br><br> SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, et al. <br><br> Defendants. | Case No. 4:18-cv-00521-HSG <br><br> Related to Case No. 4:18-cv-00524-HSG <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** <br><br> Case Management Conf.: August 21, 2018 <br> Time: 2:00 p.m. <br> Judge: Haywood S. Gilliam, Jr. <br><br> Courtroom 2, 4th Floor, <br> 1301 Clay Street, Oakland, CA 94612 |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  8/9/2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge