UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br>     Plaintiffs, <br> v. <br> BUREAU OF LAND MANAGEMENT, et al., <br>     Defendants. | Case No. 18-cv-00521-HSG |
| SIERRA CLUB, et al., <br>     Plaintiffs, <br> v. <br> RYAN ZINKE, et al., <br>     Defendants. | Case No. 18-cv-00524-HSG <br><br> **SCHEDULING ORDER** |

On August 2, 2018, the parties in these related cases filed a stipulation and proposed order to modify the deadlines proposed in the parties' initial joint case management statement. *See* Dkt. Nos. 78, 65. Specifically, the parties agreed to enlarge to October 9, 2018 the deadline for Defendants' time to lodge and serve the administrative record. *See* Dkt. No. 78 at 2. As the parties explain, all other deadlines in their joint case management statement are based on the date that the administrative record is lodged. *Id.* The parties attached as exhibit 1 to the stipulation an updated proposed joint case management statement. The Court granted the parties' stipulation on August 3, 2018. Dkt. No. 79.

Pursuant to the parties' joint case management statement, the Court **ADOPTS** the parties' proposals regarding page limits for summary judgment briefing, and **SETS** the following deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

| Deadline | Action |
|---|---|
| October 9, 2018 | Defendants lodge the administrative record with the Court, and serve on the parties for review. Defendants will also separately serve a privilege log and produce documents they consider to be deliberative. |
| 60 days from AR | Any motions challenging the completeness of the administrative record, or for leave to supplement the record (The filing of such a motion shall toll the merits briefing schedule). |
| 60 days from AR | Any motions for leave to take discovery on claims other than the ESA claim, or joint letter brief to the Court regarding discovery on the ESA claim (the serving of discovery, a joint letter brief, or a motion—even if only filed in one case—shall toll the merits briefing deadlines in both cases). |
| 120 days from AR or 60 days after all administrative record and all discovery-related motions are decided, whichever comes last | Plaintiffs' Motions for Summary Judgment (not to exceed 40 pages of text each for the State Plaintiff and the Sierra Club Plaintiffs). Plaintiffs in 18-cv-524 shall file a single brief. |
| 60 days after Plaintiffs file their motions for summary judgment | Defendants' Opposition to Motions for Summary Judgment and Cross-Motion for Summary Judgment. Defendants shall file one brief, which will not exceed 70 pages. |
| 21 days after Federal Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motions for Summary Judgment | Intervenor-Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment (not to exceed 25 pages of text each for Wyoming and API). IPAA's Response and Cross-Motion will not exceed 50 pages. |
| 30 days after Intervenor-Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment are filed | Plaintiffs' Combined Replies in Support of Motions for Summary Judgment and Oppositions to Cross-Motions (not to exceed 25 pages of text each for the State Plaintiff and the Sierra Club Plaintiffs). Plaintiffs in 18-cv-524 shall file a single reply brief. |
| 30 days after Plaintiffs' Combined Replies in Support of Motions for Summary Judgment and Oppositions to Cross- Motions for Summary Judgment are filed | Defendants' Reply in Support of Cross-Motion for Summary Judgment. Defendants shall file one brief, which will not exceed 25 pages. |

| 21 days after Federal Defendants' Reply in Support of Cross-Motion for Summary Judgment is filed | Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment (not to exceed 10 pages of text each for Wyoming and API). IPAA's Cross-Motion Reply will not exceed 25 pages. |
|---|---|
| Earliest available date no sooner than 21 days after summary judgment briefing completed | Hearing on Cross-Motions for Summary Judgment |

These dates may only be altered by order of the Court and only upon a showing of good cause. In view of the parties' agreement as to the case schedule, the Court **VACATES** the case management conference set for Tuesday, August 21, 2018.

**IT IS SO ORDERED.**

Dated: 8/20/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

3