JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
CORINNE SNOW (TX Bar No. 24083883)
REBECCA JAFFE (NC Bar No. 40726)
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 305-0258
Fax: (202) 305-0506
corinne.snow@usdoj.gov
rebecca.jaffe@usdoj.gov
Counsel for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al. <br><br> Defendants. <br><br> SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, et al. <br><br> Defendants. | Case No. 4:18-cv-00521-HSG (related) <br><br> Case No. 4:18-cv-00524-HSG (related) <br><br> **STIPULATION** |

On August 2, 2018, the Parties stipulated that, inter alia, at the same time that the Federal Defendants lodged the administrative record, they would also separately serve the Parties with a privilege log and documents that Federal Defendants considered to be deliberative. ECF No. 78 ¶ 4.

Federal Defendants noted in the stipulation that they do not consider deliberative documents to be part of the administrative record, and Plaintiffs noted that they disagree with that position. *Id.* Federal Defendants agreed to serve the Parties with the privilege log and deliberative materials to facilitate efficient resolution of record disputes and they reserved the right to argue that those documents are not properly part of the administrative record while Plaintiffs reserved the right to argue that deliberative materials are part of the administrative record. *Id.* ¶ 5. Per the Court's August 20, 2018 scheduling order, Plaintiffs must file any motions challenging the administrative record by December 10, 2018. ECF No. 82 at 2. Again, in order to facilitate efficient resolution of record disputes, the Parties stipulate as follows:

1) The non-federal Parties reserve the right to argue that some or all deliberative materials are part of the administrative record, and Federal Defendants reserve the right to argue that deliberative materials are not part of the administrative record.

2) During merits briefing, the Parties may cite deliberative documents, i.e., documents that Federal Defendants have identified as deliberative and placed into the Deliberative folder on the administrative record thumb drives that Federal Defendants served on all Parties. Federal Defendants have not served the Court with a copy of the Deliberative folder, and, therefore, the Parties will attach any deliberative documents they cite to their merits briefs.

3) Federal Defendants may argue, during merits briefing, that citations to deliberative materials are improper because those materials are not part of the record. The Party submitting the citation may counter these arguments by arguing that deliberative materials are properly part of the administrative record. Federal Defendants stipulate that the non-federal Parties have not waived their right to cite deliberative materials by not filing a motion contending that deliberative materials are part of the administrative record by the December 10, 2018 deadline for record motions. The Parties stipulate that Federal Defendants retain the right to challenge any citation

to deliberative materials on grounds that they do not form part of the record, and the non-federal Parties retain the right to oppose any such challenge.

4) Intervenor-Defendant State of Wyoming does not oppose this stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

Date: December 10, 2018
/s/ Rebecca Jaffe
Rebecca Jaffe
Trial Attorney
Attorney for Federal Defendants

Date: December 10, 2018
/s/ Michael Freeman
Michael S. Freeman
Attorney for Plaintiffs

Date: December 10, 2018
/s/ George Torgun
George Torgun
Attorney for Plaintiff California

Date: December 10, 2018
/s/ Mark Barron
Mark Barron
Attorney for Independent Petroleum Association of America and Western Energy Alliance

Date: December 10, 2018
/s/ Timothy Sullivan
Timothy Sullivan
Attorney for American Petroleum Institute

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: December 11, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge