# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 4:18-cv-00521-HSG (related)<br><br>Case No. 4:18-cv-00524-HSG (related)<br><br>**ORDER GRANTING THE STATE OF WYOMING'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON PLAINTIFF CITIZEN GROUPS' MOTION TO COMPLETE AND/OR SUPPLEMENT THE ADMINISTRATIVE RECORD** |
| SIERRA CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, et al.,<br><br>Defendants. | Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: March 21, 2019<br>Time: 2:00 p.m.<br>Dept.: 2, 4th Floor<br><br>Action Filed: January 24, 2018 |

Having considered the State of Wyoming's request to appear telephonically at the hearing on the Motion to Complete and/or Supplement the Administrative Record, and finding that good cause exists, the Court grants the request. Erik E. Petersen, Counsel for Defendant-Intervenor State of Wyoming, may appear telephonically at the hearing on the Motion to Complete and/or Supplement the Administrative Record, which is set for March 21, 2019, at 2:00 p.m., in the courtroom of the Hon. Haywood S. Gilliam, Jr., located at the Ronald V. Dellums Federal Building and United States Courthouse, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: March 19, 2019

*/s/ Haywood S. Gilliam, Jr.*
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE