XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General
GEORGE TORGUN, State Bar No. 222085
SHANNON CLARK, State Bar No. 316409
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Shannon.Clark@doj.ca.gov
*Attorneys for Plaintiff State of California*
*(Additional Counsel listed on signature page)*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.<br><br>    Defendants.<br><br>SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>DAVID BERNHARDT, et al.<br><br>    Defendants. | Case No. 4:18-cv-00521-HSG<br><br>Case No. 4:18-cv-00524-HSG (related)<br><br>**PROPOSED AMENDED SCHEDULING ORDER** |

Pursuant to the Court's May 10, 2019 Order, ECF No. 109, the parties to the above-entitled actions submit this Proposed Amended Scheduling Order.  This Proposal converts the deadlines established in the current scheduling order, ECF No. 82, to specific dates.  The parties have

Proposed Scheduling Order
*California v. BLM*, 4:18-cv-00521-HSG; *related to Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

1

conferred and all parties agree with these deadlines.  The parties do not request any changes to the current scheduling order, other than specifying the dates listed below.

| Deadline | Action |
| --- | --- |
| October 9, 2018 | Defendants lodge the administrative record for the HF Rescission Rule with the Court, and serve on the parties for review.  Defendants will also separately serve a privilege log and produce documents they consider to be deliberative. |
| December 10, 2018 | Any motions challenging the completeness of the administrative record, or for leave to supplement the record (The filing of such a motion shall toll the merits briefing schedule). |
| December 10, 2018 | Any motions for leave to take discovery on claims other than the ESA claim, or joint letter brief to the court regarding discovery on the ESA claim (the serving of discovery, a joint letter brief, or a motion—even if only filed in one case—shall toll the merits briefing deadlines in both cases).<br><br>Based on the outcome of any discovery, subsequent motions may be filed to resolve any disputes between the parties over whether materials obtained through discovery should be included in the administrative record or otherwise considered by the court. |
| June 3, 2019 | Plaintiffs' Motions for Summary Judgment (not to exceed 40 pages of text each for the State Plaintiff and the Sierra Club Plaintiffs).  Plaintiffs in 18-cv-524 shall file a single brief. |
| August 2, 2019 | Defendants' Opposition to Motions for Summary Judgment and Cross-Motion for Summary Judgment.  Defendants shall file one brief, which will not exceed 70 pages. |
| August 23, 2019 | Intervenor-Defendants' Combined Oppositions to Motions for Summary Judgment and Cross-Motions for Summary Judgment (not to exceed 25 pages of text each for Wyoming and API). IPAA's Response and Cross-Motion will not exceed 50 pages. |
| September 23, 2019 | Plaintiffs' Combined Replies in Support of Motions for Summary Judgment and Oppositions to Cross-Motions (not to exceed 25 pages of text each for the State Plaintiff and the Sierra Club Plaintiffs).  Plaintiffs in 18-cv-524 shall file a single reply brief. |
| October 23, 2019 | Defendants' Reply in Support of Cross-Motion for Summary Judgment.  Defendants shall file one brief, which will not exceed 25 pages. |
| November 13, 2019 | Intervenor-Defendants' Replies in Support of Cross-Motions |

Proposed Scheduling Order
*California v. BLM*, 4:18-cv-00521-HSG; *related to Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

2

| | |
|---|---|
| | for Summary Judgment (not to exceed 10 pages of text each for Wyoming and API). IPAA's Cross-Motion Reply will not exceed 25 pages. |
| December 5, 2019 at 2 p.m. | Hearing on Cross-Motions for Summary Judgment |

Respectfully submitted May 17, 2019.

    XAVIER BECERRA
    Attorney General of California
    DAVID A. ZONANA
    Supervising Deputy Attorney General

    /s/ Shannon Clark
    SHANNON CLARK
    GEORGE TORGUN
    Deputy Attorneys General
    1515 Clay Street, 20th Floor
    P.O. Box 70550
    Oakland, CA 94612-0550
    Telephone: (510) 879-1002
    Fax: (510) 622-2270
    Email: George.Torgun@doj.ca.gov
    Email: Shannon.Clark@doj.ca.gov

    *Attorneys for Plaintiff*
    *State of California, by and through Xavier Becerra, Attorney General*

    /s/ Nathan Matthews
    Nathan Matthews, CA Bar No. 264248
    Sierra Club
    2101 Webster Street, Suite 1300
    Oakland, CA 94612
    Phone: (415) 977-5695
    Fax: (510) 208-3140
    nathan.matthews@sierraclub.org

    *Attorney for Plaintiff Sierra Club*

    Michael S. Freeman, CO Bar No. 30007 (*admitted pro hac vice*)
    Joel Minor, CO Bar No. 47822 (*admitted pro hac vice*)
    Earthjustice
    633 17th Street, Suite 1600
    Denver, CO 80202
    Phone: (303) 623-9466
    Fax: (303) 623-8083
    mfreeman@earthjustice.org
    jminor@earthjustice.org

Proposed Scheduling Order
*California v. BLM*, 4:18-cv-00521-HSG; *related to Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

*Attorneys for Plaintiffs Sierra Club, Center for Biological Diversity, Diné Citizens Against Ruining Our Environment, Earthworks, Fort Berthold Protectors of Water and Earth Rights, Southern Utah Wilderness Alliance, The Wilderness Society, and Western Resource Advocates*

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ Corinne V. Snow
Environment and Natural Resources Division
United States Department of Justice

CORINNE SNOW (TX Bar No. 24083883)
REBECCA JAFFE (NC Bar No. 40726)
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 305-0475
Tel: (202) 305-0258
Fax: (202) 305-0506
corinne.snow@usdoj.gov
rebecca.jaffe@usdoj.gov

*Counsel for Federal Defendants*

        /s/ *Mark S. Barron*
Michael R. Matthias
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
mmatthias@bakerlaw.com

Mark S. Barron
L. Poe Leggette
Alexander K. Obrecht
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado  80202-2662
Telephone:    303.861.0600
Facsimile:    303.861.7805
mbarron@bakerlaw.com
pleggette@bakerlaw.com
aobrecht@bakerlaw.com

Proposed Scheduling Order
*California v. BLM*, 4:18-cv-00521-HSG; *related to Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

*Attorneys for Independent Petroleum Association of America and Western Energy Alliance*

/s/ Christian L. Marsh
CHRISTIAN L. MARSH (SBN 209442)
DONALD E. SOBELMAN (SBN 184028)
DOWNEY BRAND LLP
455 Market Street, Suite 1500
San Francisco, Ca 94105
Telephone: (415) 848-4800
Facsimile: (415) 848-4801
cmarsh@downeybrand.com
dsobelman@downeybrand.com

*Attorneys for Intervenor-Defendant The State of Wyoming*

/s/ Timothy M. Sullivan
Timothy M. Sullivan, admitted *pro hac vice*
BEVERIDGE & DIAMOND, P.C.
201 North Charles St., Suite 2210
Baltimore, MD 21201-4150
Phone: (410) 230-1300
tsullivan@bdlaw.com

Gary J. Smith (SBN 141393)
BEVERIDGE & DIAMOND, P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040
gsmith@bdlaw.com

Peter J. Schaumberg, admitted *pro hac vice*
John G. Cossa, admitted *pro hac vice*
BEVERIDGE & DIAMOND, P.C.
1350 I St., N.W., Suite 700
Washington, DC 20005
Phone: (202) 789-6000
pschaumberg@bdlaw.com
jcossa@bdlaw.com

*Attorneys for Intervenor-Defendant American Petroleum Institute*

Proposed Scheduling Order
*California v. BLM*, 4:18-cv-00521-HSG; *related to Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al. <br><br> Defendants. <br><br> SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al. <br><br> Defendants. | Case No. 4:18-cv-00521-HSG <br><br> Case No. 4:18-cv-00524-HSG (related) <br><br> **[PROPOSED] AMENDED SCHEDULING ORDER** |

The above PROPOSED AMENDED SCHEDULING ORDER is approved, and all parties shall comply with its deadlines.  All other provisions of the prior scheduling order, ECF No. 82, remain applicable.

A hearing on Cross-Motions for Summary Judgment will be held at 2 p.m. on December 5, 2019.

IT IS SO ORDERED.

Dated: _____  _____

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Proposed Scheduling Order
*California v. BLM*, 4:18-cv-00521-HSG; *related to Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

6