LAWRENCE J. VANDYKE
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
CORINNE SNOW (TX Bar No. 24083883)
REBECCA JAFFE (NC Bar No. 40726)
601 D St. NW, 3rd Floor
Washington, D.C. 20004
Tel: (202) 305-0258
Fax: (202) 305-0506
corinne.snow@usdoj.gov
rebecca.jaffe@usdoj.gov
Counsel for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>DAVID BERNHARDT, et al.<br><br>    Defendants.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.<br><br>    Defendants. | Case No. 4:18-cv-00524-HSG<br><br>Case No. 4:18-cv-00521-HSG (related)<br><br>**STIPULATION** |

On June 3, 2019, Plaintiffs in Case No. 18-cv-524, Sierra Club, *et al.* (Citizen Group Plaintiffs), filed their motion for summary judgment. ECF No. 110.[1] Citizen Group Plaintiffs attached to their motion Exhibit B, a Declaration of Joel Minor, counsel for the Citizen Group Plaintiffs. ECF No. 110.2. Attached to Mr. Minor's Declaration were 14 documents and excerpts of documents that the Citizen Group Plaintiffs submitted as exhibits to their January 24, 2018 letter to the Bureau of Land Management (BLM), notifying the agency of plaintiffs' intent to sue for a violation of the Endangered Species Act. *See id.* ¶ 1; *see also* ECF No. 55.1 (Citizen Groups' Notice of Intent to Sue for Violations of the Endangered Species Act).

The parties disagree about whether it is proper for the court to review the attachments to Mr. Minor's declaration, and the citations to the documents in the Citizen Group Plaintiffs' summary judgment brief. To facilitate efficient resolution of this disagreement, and to avoid motions practice that could potentially delay this litigation, the Parties stipulate as follows:

1). The Federal Defendants shall receive five additional pages in their Opposition to Plaintiffs' Motions for Summary Judgment and Cross-Motion for Summary Judgment. Federal Defendants' Opposition and Cross Motion shall not exceed 75 pages in total. *See* ECF No. 109 at 2 (Proposed Scheduling Order establishing page limits and briefing deadlines). These additional five pages shall be limited to arguments about the propriety of the Citizen Group Plaintiffs filing the attachments to Mr. Minor's declaration, whether the court can review the attachments, and arguments about the contents of the attachments themselves. Federal Defendants shall not address any other issues in their additional five pages of briefing.

2). Each Intervenor-Defendant (the State of Wyoming, American Petroleum Institute (API), and Independent Petroleum Association of America and Western Energy Alliance (collectively, IPAA)) shall receive three additional pages in their Opposition to Plaintiffs' Motions for Summary Judgment and Cross-Motions for Summary Judgment. Wyoming's and API's Opposition and Cross Motion shall not exceed 28 pages in total. *See* ECF No. 109 at 2 (Proposed Scheduling Order establishing page limits and briefing deadlines). IPAA's Opposition and Cross

---

[1] All docket citations are to Case No. 4:18-cv-00524-HSG unless otherwise noted.

Stipulation 2
*Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG; *California v. BLM*, 4:18-cv-00521-HSG

Motion shall not exceed 53 pages in total. *Id.* The additional three pages allocated to each Defendant-Intervenor shall be limited to arguments about the propriety of the Citizen Group Plaintiffs filing the attachments to Mr. Minor's declaration, whether the court can review the attachments, and arguments about the contents of the attachments themselves. The Intervenor-Defendants shall not address any other issues in their additional pages of briefing.

    3). The Citizen Group Plaintiffs shall receive seven additional pages in their Combined Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motions. The Citizen Group Plaintiffs shall file a single Reply Brief and Cross-Motion Opposition, not to exceed 32 pages in total. *See* ECF No. 109 at 2 (Proposed Scheduling Order establishing page limits and briefing deadlines). These additional seven pages shall be limited to responding to Federal Defendants' and Intervenor-Defendants' arguments about the propriety of the Citizen Group Plaintiffs filing the attachments to Mr. Minor's declaration, whether the court can review the attachments, and arguments about the contents of the attachments themselves. The Citizen Group Plaintiffs shall not address any other issues in their additional seven pages of briefing.

    All parties consent to this stipulation.

IT IS SO STIPULATED.

                                                Respectfully submitted,
                                                LAWRENCE J. VANDYKE
                                                Deputy Assistant Attorney General

Date: July 18, 2019                                     /s/ Corinne Snow
                                                Corinne Snow
                                                Attorney for Federal Defendants

Date: July 18, 2019                                     /s/ Joel Minor
                                                Joel Minor
                                                Attorney for Citizen Group Plaintiffs

| | | |
|---|---|---|
| Date: July 18, 2019 | | /s/ Erik Peterson |
| | | Erik Petersen |
| | | Attorney for Intervenor-Defendant State of Wyoming |

Date: July 18, 2019        /s/ Timothy M. Sullivan
                           Timothy M. Sullivan
                           Attorney for Intervenor-Defendant American Petroleum Institute

Date: July 18, 2019        /s/ Mark Barron
                           Mark Barron
                           Attorney for Intervenor-Defendants Independent Petroleum Association of America and Western Energy Alliance

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 7/24/2019                    Hon. Haywood S. Gilliam, Jr.
                                   United States District Judge