LAWRENCE VANDYKE
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
REBECCA JAFFE (NC Bar No. 40726)
CORINNE SNOW (TX Bar No 24083883)
150 M Street NE, 3rd Floor
Washington, D.C. 20002
Tel: (202) 305-0258
Fax: (202) 305-0506
rebecca.jaffe@usdoj.gov
corinne.snow@usdoj.gov
Counsel for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.<br><br>Defendants.<br>_____<br>SIERRA CLUB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, et al.<br><br>Defendants.<br>_____ | Case No. 4:18-cv-00521-HSG (related)<br><br>Case No. 4:18-cv-00524-HSG (related)<br><br>**STIPULATION; [PROPOSED] ORDER** |

The Parties respectfully seek to modify the current scheduling order dated July 17, 2019, Civ. 18-521, ECF No. 113; Civ. 18-524, ECF No. 119, because lead counsel for the United States is scheduled to be on trial from September 30, 2019 to November 13, 2019 in the Court of Federal

Stipulation
*California v. BLM*, 4:18-cv-00521-HSG; *Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

1

Claims (*Goodeagle v. United States*, *Quapaw Nation v. United States*, and *Bear v. United States* Nos. 12-431L, 12-592L, and 13-51X). The Parties stipulate to the following revised schedule:

| Current Deadline | Stipulated New Deadline | Action |
|---|---|---|
| September 23, 2019 | October 23, 2019 | Plaintiffs' Combined Replies in Support of Motions for Summary Judgment and Oppositions to Cross-Motions (not to exceed 25 pages of text each for the State Plaintiff and the Sierra Club Plaintiffs). Plaintiffs in 18-cv-524 shall file a single reply brief. |
| October 23, 2019 | November 22, 2019 | Federal Defendants' Reply in Support of Cross-Motion for Summary Judgment. Defendants shall file one brief, which will not exceed 25 pages. |
| November 13, 2019 | December 20, 2019 | Intervenor-Defendants' Replies in Support of Cross-Motions for Summary Judgment (not to exceed 10 pages of text each for Wyoming and API). IPAA's Cross-Motion Reply will not exceed 25 pages. |
| December 5, 2019 at 2 p.m. | February 6, 2020 at 2:00 p.m. | Hearing on Cross-Motions for Summary Judgment |

Federal Defendants previously extended the answer deadline by thirty days in *California v. BLM*, Civ. 18-521, ECF No. 41; extended the answer deadline in *Sierra Club v. Bernhardt* to be thirty days after the Sierra Club Plaintiffs filed their Amended Complaint, Civ. 18-821, ECF No. 35; enlarged the administrative record production deadline from August 10, 2018, to October 9, 2018, Civ. 18-521, ECF Nos. 78, 79, 82; Civ. 18-524, ECF Nos. 78, 80, 82; and extended the production schedule for the amended administrative record because of the government shutdown that began on December 22, 2018, Civ. 18-521, ECF No. 94; Civ. 18-524, ECF No. 92.

Dated: September 13, 2019                                LAWRENCE VANDYKE
                                                         Assistant Attorney General

                                                         /s/ Rebecca Jaffe
                                                         Rebecca Jaffe
                                                         Trial Attorney
                                                         *Attorney for Federal Defendants*

Stipulation
*California v. BLM*, 4:18-cv-00521-HSG; *Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

2

| | | |
|---|---|---|
| Dated: September 12, 2019 | | XAVIER BECERRA<br>Attorney General of California |
| | | /s/ Shannon Clark<br>SHANNON CLARK<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California* |
| Dated: September 13, 2019 | | /s/ Nathan Matthews<br>Nathan Matthews, CA Bar No. 264248<br>Sierra Club<br>*Attorney for Plaintiffs Sierra Club, Center for Biological Diversity, Diné Citizens Against Ruining Our Environment, Earthworks, Fort Berthold Protectors of Water and Earth Rights, Southern Utah Wilderness Alliance, The Wilderness Society, and Western Resource Advocates* |
| Dated: September 12, 2019 | | /s/ *Mark S. Barron*<br>Michael R. Matthias<br>BAKER & HOSTETLER LLP<br>*Attorneys for Intervenor-Defendants Independent Petroleum Association of America and Western Energy Alliance* |
| Dated: September 12, 2019 | | /s/ Christian L. Marsh<br>CHRISTIAN L. MARSH (SBN 209442)<br>DOWNEY BRAND LLP<br>*Attorneys for Intervenor-Defendant The State of Wyoming* |
| Dated: September 12, 2019 | | /s/ Timothy M. Sullivan<br>Timothy M. Sullivan, admitted *pro hac vice*<br>BEVERIDGE & DIAMOND, P.C.<br>*Attorneys for Intervenor-Defendant American Petroleum Institute* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:  9/16/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Stipulation
*California v. BLM*, 4:18-cv-00521-HSG; *Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

3