UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

v.

U.S. BUREAU OF LAND MANAGEMENT, et al.

    Defendants.

Case No. 4:18-cv-00521-HSG

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY JOEL MINOR**

The Court hereby GRANTS Joel Minor's motion to Withdraw as Counsel for Plaintiffs Sierra Club, Center for Biological Diversity, Diné Citizens Against Ruining Our Environment, Earthworks, Fort Berthold Protectors of Water and Earth Rights, Southern Utah Wilderness Alliance, The Wilderness Society, and Western Resource Advocates.

IT IS SO ORDERED.

Dated: 9/26/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge