Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　Defendants.<br><br>SIERRA CLUB, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>RYAN ZINKE, et al.,<br><br>　　　Defendants. | Case No. 4:18-cv-00521-HSG<br><br>Case No. 4:18-cv-00524-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY DONALD SOBELMAN**<br><br>Judge Assigned: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:　　January 24, 2018 |

The Court hereby GRANTS Donald Sobelman's Motion to Withdraw as counsel for Intervenor Defendant State of Wyoming.

IT IS SO ORDERED.

DATED: 12/9/2019

　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

**ORDER**
Case No. 4:18-cv-00521-HSG (related) and
Case No. 4:18-cv-00524-HSG (related)

1

37994\12830276.1