IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　Defendants.<br><br>SIERRA CLUB, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN ZINKE, et al.,<br><br>　　　　Defendants. | Case No. 4:18-cv-00521-HSG (related)<br><br>Case No. 4:18-cv-00524-HSG (related)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY BENJAMIN C. LEE**<br><br>Judge Assigned: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed:　　January 24, 2018 |

The Court hereby GRANTS Benjamin C. Lee's Motion to Withdraw as Counsel for Intervenor-Defendant State of Wyoming.

IT IS SO ORDERED.

DATED: December 17, 2019

　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE