JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
REBECCA JAFFE (NC Bar No. 40726)
CORINNE SNOW (TX Bar No 24083883)
950 Pennsylvania Ave, NW
Washington, D.C. 20350
Tel: (202) 305-0258
Fax: (202) 305-0506
rebecca.jaffe@usdoj.gov
corinne.snow@usdoj.gov
Counsel for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　Defendants.<br><br>SIERRA CLUB, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DAVID BERNHARDT, et al.,<br><br>　　　Defendants. | Case No. 4:18-cv-00521-HSG (related)<br><br>Case No. 4:18-cv-00524-HSG (related)<br><br>**FEDERAL DEFENDANTS' NOTICE REGARDING SCHEDULING OF ARGUMENT FOR CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 22, 2020<br>Time: 10:00 a.m.<br>Judge: Haywood S. Gilliam, Jr.<br><br>Courtroom 2, 4th Floor,<br>1301 Clay Street, Oakland, CA 94612 |

1  On January 14, 2020, the Court issued a notice that the hearings on the Cross Motions for Summary Judgment previously set for January 16, 2020, are continued to January 22, 2020. *State of California v. Bureau of Land Management et al*, 4:18-cv-00521-HSG [ECF No. 140]; *Sierra Club et al v. Ryan Zinke et al*, 4:18-cv-00524-HSG, [ECF No. 151]. One of the attorneys briefing and arguing the Cross Motions for Summary Judgment on behalf of the Federal Defendants has accepted other employment and was previously scheduled to depart the U.S. Department of Justice on January 19, 2020.

The attorney has been able to extend her end date at the U.S. Department of Justice in order to be able to represent the Federal Defendants at the new hearing date of January 22, 2020. However, due to prior commitments to her new employer, and the scheduled arrival of her replacement at the U.S. Department, it is unlikely that she will be able to extend her end date past January 24, 2020. Federal Defendants respectfully request that if the Court needs to move the hearing past January 24, 2020, that additional time be provided for the U.S. Department of Justice to re-staff the case. The Federal Defendants have provided notice to the other parties in this case and they do not oppose.

Respectfully submitted this January 15, 2019.

JEAN E. WILLIAMS
Deputy Assistant Attorney General


*/s/ Corinne Snow* ___

Environment and Natural Resources Division
United States Department of Justice
CORINNE SNOW (TX Bar No. 24083883)
REBECCA JAFFE (NC Bar No. 40726)
950 Pennsylvania Ave, NW
Washington, D.C. 20350
Tel: (202) 305-0258
Fax: (202) 305-0506
rebecca.jaffe@usdoj.gov
corinne.v.snow@usdoj.gov
Counsel for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Corinne Snow
Corinne Snow
Attorney for Defendants