# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | Civil Case No. 4:18-cv-0521-HSG |
| Plaintiff, | Civil Case No. 4:18-cv-0524-HSG |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY JOHN G. COSSA** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants. | Judge: Hon. Haywood S. Gilliam, Jr. |
| SIERRA CLUB, *et al.*, | |
| Plaintiffs, | |
| vs. | |
| RYAN ZINKE, *et al.*, | |
| Defendants. | |

The Court hereby GRANTS John G. Cossa's Motion to Withdraw as Counsel for Intervenor-Defendant American Petroleum Institute.

IT IS SO ORDERED.

DATED: 3/13/2020

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE