1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOWNEY BRAND LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

        Plaintiffs,

    v.

U.S. BUREAU OF LAND
MANAGEMENT, et al.,

        Defendants.

---

SIERRA CLUB, et al.,

        Plaintiffs,

    v.

RYAN ZINKE, et al.,

        Defendants.

Case No. 4:18-cv-00521-HSG (related)

Case No. 4:18-cv-00524-HSG (related)

[PROPOSED] ORDER GRANTING
MOTION TO WITHDRAW AS COUNSEL
BY ERIK E. PETERSEN

Judge Assigned: Hon. Haywood S. Gilliam, Jr.

Action Filed:    January 24, 2018

    The Court hereby GRANTS Erik E. Petersen's Motion to Withdraw as Counsel for Intervenor-Defendant State of Wyoming.

    IT IS SO ORDERED.

DATED:  4/1/2020

*Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE