IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al. <br><br> Defendants. <br><br> SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, et al. <br><br> Defendants. | Case No. 4:18-cv-00521-HSG (related) <br><br> Case No. 4:18-cv-00524-HSG (related) <br><br> **[PROPOSED]** **JUDGMENT** |

Pursuant to the Court's March 27, 2020 Order Granting Defendants' Motion for Summary Judgment, Denying Plaintiffs' Motions for Summary Judgment, and Granting Intervenors' Motions for Summary Judgment, Civ. No. 18-521, ECF No. 150; Civ. No. 18-524, ECF No. 158, the Court enters final judgment in favor of Federal Defendants United States Bureau of Land Management; Casey Hammond, Acting Assistant Secretary for Land and Minerals Management; David Bernhardt, Secretary of the Interior; and United States Department of the Interior and Intervenor Defendants American Petroleum Institute, State of Wyoming, Independent Petroleum Association of America, and Western Energy Alliance. Defendants shall file any bill for costs within 14 days.

DATE: 4/14/2020

/s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Proposed Judgment
*California v. BLM*, 4:18-cv-00521-HSG; *Sierra Club v. Bernhardt*, 4:18-cv-00524-HSG

1