XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA, State Bar No. 196029
Supervising Deputy Attorney General
GEORGE TORGUN, State Bar No. 222085
SHANNON CLARK, State Bar No. 316409
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Shannon.Clark@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL,**<br><br>                                        Plaintiff,<br><br>          v.<br><br>**DAVID BERNHARDT, Secretary of the Interior; JOSEPH R. BALASH, Assistant Secretary for Land and Minerals Management, United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>                                        Defendants. | Case No. 4:18-cv-00521-HSG<br><br><br>**PLAINTIFF STATE OF CALIFORNIA'S NOTICE OF APPEAL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Please take notice that Plaintiffs State of California, by and through Xavier Becerra, Attorney General, hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the District Court's March 27, 2020 Order Granting Defendants' Motion for Summary Judgment, Denying Plaintiffs' Motions for Summary Judgment, and Granting Intervenors' Motions for Summary Judgment (ECF No. 150) and April 14, 2020 Judgment (ECF No. 156) in this case, *California v. Bernhardt*, Case No. 4:18-cv-00521-HSG.[1]

Dated: June 12, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General

/s/ Shannon Clark
SHANNON CLARK
GEORGE TORGUN
Deputy Attorneys General

*Attorneys for Plaintiff State of California*

---

[1] In the related matter, *Sierra Club, et al. v. Bernhardt*, Case No. 4:18-cv-00524-HSG, Plaintiffs Sierra Club, Center for Biological Diversity, Diné Citizens Against Ruining Our Environment, Earthworks, Fort Berthold Protectors of Water and Earth Rights, Southern Utah Wilderness Alliance, The Wilderness Society, and Western Resource Advocates are concurrently filing a Notice of Appeal.