ROB BONTA
Attorney General of California
DAVID A. ZONANA, State Bar No. 196029
Supervising Deputy Attorney General
GEORGE TORGUN, State Bar No. 222085
SHANNON CLARK, State Bar No. 316409
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-1973
 Fax:  (510) 622-2270
 E-mail:  Shannon.Clark@doj.ca.gov

*Attorneys for Plaintiff the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,** by and through ROB BONTA, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>**DAVID BERNHARDT, Secretary of the Interior; JOSEPH R. BALASH, Assistant Secretary for Land and Minerals Management, United States Department of the Interior; UNITED STATES BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>Defendants. | Case No. 4:18-cv-00521-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY SHANNON CLARK** |

The Court hereby GRANTS Shannon Clark's Motion to Withdraw as Counsel for Plaintiff the State of California.

IT IS SO ORDERED.

Dated:  1/31/2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

1