IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND<br>MANAGEMENT, et al.,<br>Defendants. | Case No. 4:18-cv-00521-HSG (lead) |
| SIERRA CLUB, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND<br>MANAGEMENT, et al.,<br>Defendants. | Case No. 4:18-cv-00524-HSG<br>(related)<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' CORRECTED REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR INDICATIVE RULING**<br>(as modified)<br>Date: January 30, 2025<br>Time: 2:00 p.m.<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Courtroom 2, 4th Floor,<br>1301 Clay Street, Oakland, CA 94612 |

Having considered the Federal Defendants' request to appear telephonically at the hearing on the Motion for an Indicative Ruling, and finding that good cause exists, the Court grants the request. Andrew M. Bernie, Counsel for Federal Defendants, may appear via Zoom at the hearing on the Motion for an Indicative Ruling, which is set for January 30, 2025, at 2:00 p.m., in the courtroom of the Honorable Haywood S. Gilliam, Jr., Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162.  The CRD will e-mail counsel the Zoom information.

Dated this 22nd day of January, 2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge