IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants | Case No. 4:18-cv-00521-HSG (lead)<br><br>Case No. 4:18-cv-00524-HSG (related)<br><br>**ORDER GRANTING REQUEST FOR REMOTE APPEARANCE BY PLAINTIFF STATE OF CALIFORNIA (as modified)**<br><br>Date: January 30, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2, Oakland Courthouse Judge: Hon. Haywood S. Gilliam, Jr. |
| SIERRA CLUB, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants. | |

Having considered Plaintiff State of California's request for remote appearance at the hearing on the Motion for Indicative Ruling scheduled on January 30, 2025, at 2:00 p.m., and finding that good cause exists, the Court grants the request. Lead counsel for Plaintiff State of California may appear remotely via Zoom at the hearing for the matter in the above captioned case scheduled on January 30, 2025 at 2:00 p.m.  The CRD will e-mail counsel the Zoom information.

Dated this 23rd day of January, 2025

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

4