IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　Defendants.<br><br>SIERRA CLUB, *et al.*,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>RYAN ZINKE, *et al.*,<br><br>　　　Defendants. | Civil Case No. 4:18-cv-0521-HSG<br><br>Civil Case No. 4:18-cv-0524-HSG<br><br>**ORDER ON UNOPPOSED MOTION BY AMERICAN PETROLEUM INSTITUTE TO APPEAR REMOTELY AT HEARING ON PLAINTIFFS' MOTION FOR INDICATIVE RULING**<br><br>Date: January 30, 2025<br>Time: 2:00 pm<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Having considered Intervenor-Defendant American Petroleum's Institute's ("API") unopposed motion to appear remotely via Zoom during the hearing on certain Plaintiffs' motion for an indicative ruling scheduled on January 30, 2025 at 2:00pm PT, and finding that good cause exists, the Court grants API's motion. The CRD will e-mail counsel the Zoom information.

DATED: 1/24/2025

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge