1  DOWNEY BRAND LLP
   CHRISTIAN L. MARSH (Bar No. 209442)
2  cmarsh@downeybrand.com
   455 Market Street, Suite 1500
3  San Francisco, California 94105
   Telephone: (415) 848-4800
4  Facsimile: (415) 848-4801

5  WYOMING ATTORNEY GENERAL'S OFFICE
   2320 Capitol Avenue
6  Cheyenne, WY 82002
   Telephone: (307) 777-3539
7  Facsimile: (307) 777-3542

8  Attorneys for THE STATE OF WYOMING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 4:18-cv-00521-HSG (lead) |
| SIERRA CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 4:18-cv-00524-HSG (related) <br><br> **ORDER GRANTING UNOPPOSED MOTION BY INTERVENOR-DEFENDANT STATE OF WYOMING TO APPEAR REMOTELY AT HEARING ON PLAINTIFFS' MOTION FOR INDICATIVE RULING** (as modified) <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Date: January 30, 2025 <br> Time: 2:00 pm <br> Crtrm.: 2, Oakland Courthouse |

Having considered Intervenor-Defendant State of Wyoming's request to appear remotely at the hearing on the Motion for an Indicative Ruling, and finding that good cause exists, the Court grants the request. Christian L. Marsh, Counsel for Intervenor-Defendant State of Wyoming, may

4557484.1

4

UNOPPOSED MOTION BY INTERVENOR-DEFENDANT STATE OF WYOMING TO APPEAR REMOTELY
AT HEARING ON PLAINTIFFS' MOTION FOR INDICATIVE RULING

appear remotely via Zoom at the hearing on the Motion for an Indicative Ruling, which is set for January 30, 2025, at 2:00 p.m., in the courtroom of the Honorable Haywood S. Gilliam, Jr., Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162. The CRD will e-mail counsel the Zoom information.

DATED: 1/24/2025

By: _____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

4557484.1

5

UNOPPOSED MOTION BY INTERVENOR-DEFENDANT STATE OF WYOMING TO APPEAR REMOTELY AT HEARING ON PLAINTIFFS' MOTION FOR INDICATIVE RULING