# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br>    Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br>    Defendants. | Case No. 4:18-cv-00521-HSG (*lead*) |
| SIERRA CLUB, et al.,<br>    Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br>    Defendants. | Case No. 4:18-cv-00524-HSG (*related*) |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT FEBRUARY 13, 2025 HEARING (as modified)**

Upon consideration of the unopposed motion by Plaintiffs Sierra Club et al. to appear remotely via Zoom at the February 13, 2025 hearing in this matter, and finding that good cause exists, the Court hereby ORDERS that the motion is GRANTED. The Courtroom Deputy will e-mail counsel Michael S. Freeman the Zoom information.

IT IS SO ORDERED.

DATED this 7th day of February, 2025.

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge