IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND<br>MANAGEMENT, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18-cv-00521-HSG (lead) |
| SIERRA CLUB, et al.,<br>Plaintiffs,<br><br>v.<br><br>U.S. BUREAU OF LAND<br>MANAGEMENT, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18-cv-00524-HSG<br>(related)<br><br>**ORDER GRANTING FEDERAL<br>DEFENDANTS' UNOPPOSED<br>MOTION TO APPEAR<br>REMOTELY AT HEARING ON<br>MOTION FOR INDICATIVE<br>RULING (as modified)**<br><br>Date: February 13, 2025<br>Time: 2:00 p.m.<br>Judge: Honorable Haywood S.<br>Gilliam, Jr.<br><br>Courtroom  2, 4th Floor,<br>1301 Clay Street, Oakland, CA 94612 |

Having considered the Federal Defendants' request to appear telephonically at the hearing on the Motion for an Indicative Ruling, and finding that good cause exists, the Court grants the request. Michael K. Robertson, Counsel for Federal Defendants, may appear via Zoom at the hearing on the Motion for an Indicative Ruling, which is set for February 13, 2025, at 2:00 p.m., in the courtroom of the Honorable Haywood S. Gilliam, Jr., Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162.  The CRD will e-mail counsel the Zoom information.

Dated this 13th day of February, 2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge