# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, JOSEPH BALASH, Assistant Secretary for Land and Minerals Management, United States Department of the Interior, and RYAN ZINKE, Secretary of the Interior,<br><br>Defendants,<br><br>&<br><br>INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA and WESTERN ENERGY ALLIANCE,<br><br>Intervenor-Defendants. | Case No. 4:18-CV-00521-HSG<br><br>[Hon. Judge Haywood S. Gilliam, Jr.]<br><br>Related Case No. 4:18-cv-00524-HSG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPEAR REMOTELY AT HEARING ON PLAINTIFFS' MOTION FOR INDICATIVE RULING  (as modified)**<br><br>Date: February 13, 2025<br>Time: 2:00 pm<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Courtroom 2, 4th Floor<br>1301 Clay Street<br>Oakland, California 94612 |

This matter comes before the Court on Intervenor-Defendants Independent Petroleum Association of America's and Western Energy Alliance's (collectively "IPAA") unopposed motion to appear remotely at the hearing on Plaintiff's motion for an indicative ruling, presently set to be heard on February 13, 2025, at 2:00 pm. Having reviewed the motion and for the reasons stated therein, the Court GRANTS the motion.

Mark S. Barron, Intervenor-Defendants' counsel may appear via Zoom at the hearing on the motion for an indicative ruling. The CRD will e-mail counsel the Zoom information.

Executed on this 13th day of February, 2025.

By: _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge